FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROBERT JAMES SWINT,

Plaintiff,

v.

BLUEBIRD,

Defendant.

No.   2:26-cv-189-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed May 27, 2026, the Court directed Plaintiff, an individual incarcerated at the Columbia County Jail in St. Helens, Oregon, to submit a completed Declaration and Application to Proceed *In Forma Pauperis*, and supplied the necessary form.[1] The Court also instructed Plaintiff to provide a certified statement of his inmate

---

[1] ECF No. 3.

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1**

account covering the six-month period immediately preceding the submission of this action on April 27, 2026.[2] In the alternative, Plaintiff could have paid the $405.00 filing fee as required under 28 U.S.C. § 1914.

Plaintiff did not supply the documentation required by 28 U.S.C. §1915(a)(2) and has filed nothing further in this action. Plaintiff is proceeding *pro se.* Defendants have not been served.

Plaintiff's filing deficiencies indicate that he has chosen to abandon this litigation. For the reasons set forth above and in the Court's prior Order[3], the Court dismisses this action without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

Accordingly, **IT IS HEREBY ORDERED**:

1.    This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

---

[2] *Id.*

[3] ECF No. 3

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 2**

2.      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this Order, **enter judgment,** provide copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED this 22nd day of July 2026.

EDWARD F. SHEA
Senior United States District Judge

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 3**